UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                         CRIMINAL NO. 1:03CR13DCB

REBECCA ANN GRAHAM                                                         DEFENDANT

## ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#240] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on September 8, 2003, is hereby remitted.

SO ORDERED, this the 18th day of  April        , 2017.


                                                s/David Bramlette
                                                HONORABLE DAVID C. BRAMLETTE
                                                SENIOR UNITED STATES DISTRICT JUDGE